UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-08287-SVW-JEM | Date | February 11, 2016 |
|---|---|---|---|
| Title | Yulan Sun v. Jeh Johnson et al. | | |

Present: The Honorable  STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE

| Charles A. Rojas | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present     None Present

**PROCEEDINGS:**   **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On January 26, 2016, an Order to Show Cause for Lack of Prosecution was issued. Plaintiff was ordered to respond the Order to Show Cause by February 9, 2016 and no response has been filed.

Plaintiff is hereby notified that this action is dismissed without prejudice.

:

Initials of Preparer   CR